UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KATHERINE A. ECKERT,

       Plaintiff,

                 DECISION AND ORDER
 v.                   15-CV-377A

NANCY A. BERRYHILL, ACTING COMMISSIONER
OF SOCIAL SECURITY,

       Defendant.

   The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On May 11, 2017, Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 20), recommending that the Acting Commissioner's motion for judgment on the pleadings (Dkt. No. 16) be granted, and the plaintiff's motion for similar relief (Dkt. No. 10) be denied.

   The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

   ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, the Acting Commissioner's motion for judgment on the pleadings is granted, and the plaintiff's motion for similar relief is denied.

   The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

*Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: June 26, 2017